**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 627 MAL 2021
                                   :
            Respondent              :
                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court
             v.                      :
                                   :
                                   :
JOSE JAVIER DEJESUS,             :
                                   :
            Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.